**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00756-CMA-CBS

CATHERINE WHEELS,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 3), it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED at Denver, Colorado, this __13th__ day of April, 2011.

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge